# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3114

_____

| | | |
|---|---|---|
| In re: Larry James Grimlie, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| ---------------------------- | * | |
| | * | |
| Terri A. Running, Chapter 7 Trustee, | * | Appeal from the United States |
| | * | District Court for the |
| Appellee, | * | District of Minnesota. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Larry James Grimlie, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: March 30, 2010
Filed: March 31, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Larry Grimlie appeals from the judgment of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] grant of summary judgment in favor of the

_____

[1]The Honorable Robert J. Kressel, United States Bankruptcy Judge for the District of Minnesota.

trustee of Grimlie's bankruptcy estate.  After careful review, <u>see</u> <u>In re Vote</u>, 276 F.3d 1024, 1026 (8th Cir. 2002) (review standards), we affirm for the reasons stated by the BAP, <u>see</u> 8th Cir. R. 47B.

_____